IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HANCOCK, et al.            )
                                 )
v.                               ) NO. 3-10-0935
                                 ) JUDGE CAMPBELL
THOMAS R. BENNING, M.D., et al.  )

ORDER

Pending before the Court is Defendant Seton Corporation's Motion to Dismiss (Docket No. 18). Defendant asks the Court to dismiss Plaintiffs' action for failure to file a Certificate of Good Faith in compliance with Tennessee law. For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE