# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID HANCOCK, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:10-0935 |
| | ) JUDGE CAMPBELL |
| THOMAS R. BENNING, M.D., ET AL., | ) |
| | ) MAGISTRATE JUDGE KNOWLES |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL AS TO
## SETON CORPORATION D/B/A BAPTIST HOSPITAL

It appears to the Court, as evidenced by the signatures of counsel for the parties below, that the parties are in agreement that the defendant, Seton Corporation d/b/a Baptist Hospital ("Baptist Hospital"), should be dismissed from this case with prejudice. Plaintiffs' counsel filed a Certificate of Good Faith at the outset of this case verifying a good faith basis for pursuing claims against Baptist Hospital, however discovery and further expert review has revealed that there is no longer a basis for pursuing this case against this defendant. Because of this change in circumstances as a result of discovery, the Court finds that the defendant, Seton Corporation d/b/a Baptist Hospital, is not entitled to any sanctions or discretionary costs in this matter.

Accordingly, the defendant, Seton Corporation d/b/a Baptist Hospital, is hereby dismissed with prejudice. There shall be no award of sanctions or discretionary costs to Seton Corporation d/b/a Baptist Hospital as a result of this dismissal. Any award of court costs is reserved pending resolution of the plaintiffs' claims against the remaining parties.

ENTER this 20th day of January, 2012.

_____
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:


s/ Jay N. Chamness
Jay N. Chamness          (#16027)
J. Matthew Blackburn    (#27105)
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, Tennessee  37219
615) 244-1440
jnchamness@cornelius-collins.com
jmblackburn@cornelius-collins.com

Attorneys for Seton Corporation d/b/a Baptist Hospital


s/ Joseph M. Dalton, Jr.
Joseph M. Dalton, Jr.  (#9411)
1507 16th Ave S
Nashville, TN 37212


s/ Michael A. Breen
Michael A. Breen
Breen & Morgan
870 Fairview Avenue, Suite 5
Bowling Green, Kentucky 42101

Attorneys for Plaintiffs



s/ Michael A. Geracioti
Michael A. Geracioti (11497)
Kelly R. Thomas (23058)
Levine, Orr & Geracioti
210 3rd Ave N
PO Box 190683
Nashville, TN 37219-0683

Attorneys or Dr. Thomas Benning and
Anesthesia Medical Group, P.C.