IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HANCOCK, et al.            )
                                 )
v.                               ) NO. 3-10-0935
                                 ) JUDGE CAMPBELL
THOMAS R. BENNING, M.D., et al.  )

ORDER

Pending before the Court is Defendants' Motion to Continue Trial Date and Pretrial Conference (Docket No. 57). Defendants represent that Plaintiffs have no opposition to the Motion.

Defendants' Motion is GRANTED. The jury trial of this action, currently set for August 14, 2012, is continued until Tuesday, January 15, 2013, beginning at 9:00 a.m. The pretrial conference, currently set for August 6, 2012, is continued until January 4, 2013, at 10:30 a.m. All lawyers who will participate in the trial must attend the pretrial conference.

Counsel shall submit any supplements to the previously-filed pretrial documents by December 21, 2012. Counsel shall be prepared, at the Pretrial Conference, to:

(1) identify and discuss undisputed facts and issues;

(2) discuss the status of discovery;

(3) preview proposed testimony;

(4) discuss expert testimony;

(5) preview proposed exhibits;

(6) discuss motions in limine;

(7) discuss proposed jury instructions and verdict forms;

(8) discuss settlement; and

(9) discuss pretrial briefs.

If settlement is reached after jurors have been summoned, resulting in the non-utilization of the jurors, the costs of summoning the jurors may be taxed to the parties.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE