IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HANCOCK, et al.            )
                                 )
v.                               ) NO. 3-10-0935
                                 ) JUDGE CAMPBELL
THOMAS R. BENNING, M.D., et al.  )

ORDER

Pending before the Court, among other things, are the following Motions:

Defendants' Motion in Limine No. 1 Re Liability Insurance (Docket No. 36) is GRANTED as unopposed and pursuant to Fed. R. Evid. 411.

Plaintiffs' Motion for Voir Dire by Counsel (Docket No. 49) is GRANTED as unopposed. This is the Court's usual practice.

Plaintiffs' Motion to Limit Defendants' Expert Witnesses (Docket No. 50) is GRANTED as unopposed. Local Rule 39.01(c)(6)(a).

Plaintiffs' Motion to Limit Defendants' Pre-Emptory Strikes (Docket No. 51) is GRANTED as unopposed and pursuant to Fed. R. Civ. P. 47(b) and 28 U.S.C. § 1870.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE