# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| David Hancock and Teresa Hancock<br>*Plaintiff*<br>v.<br>Thomas Benning, M.D. and Anesthesia Medical Group, P.C<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 3:10-0935 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** At the close of plaintiffs' proof, the court granted judgment as a matter of law on behalf of Dr. Thomas Benning and jury verdict was found in favor of Defendant Anesthesia Medical Group, P.C.

This action was *(check one)*:

☒ **tried by a jury with Judge** _____Todd J. Campbell_____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: 04/22/2013

*CLERK OF COURT*

/s/ Doris E. Bush, Deputy Clerk

*Signature of Clerk or Deputy Clerk*